UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :        Honorable Joseph H. Rodriguez
        v.                       :
                                 :        Criminal No. 98-105 (JHR)
JOSE RIVERA, a/k/a "JR"          :

## ORDER

This matter having come before the Court upon motion of the United States by and

through its attorney Christopher J. Christie, United States Attorney for the District of New

Jersey, Kevin T. Smith, Assistant U.S. Attorney, appearing, for an Order releasing seized funds

and assets to defendant Jose Rivera, that being $10,818.90, which represents the proceeds of the

following three accounts seized by the United States on or about March 4, 1998;

a)  checking account # 02495018, held in the name of J.R.'s Custom Parts, Inc., at CORESTATES BANK, Woodlynne, New Jersey, that being $9,916.82;

b)  checking and money market account # 824-204-2, held in the name of J.R.'s Custom Parts, Inc., at CORESTATES BANK, Woodlynne, New Jersey, that being $888.15; and

c)  checking account # 08257842, held in the name of Jose L. Rivera, at CORESTATES BANK, Woodlynne, New Jersey, that being $13.93.

and for good cause shown;

IT IS on this   7th   day of December , 2005,

ORDERED, that the United States shall return to defendant Jose Rivera $10,818.90

which represents monies and assets seized from three above-described bank accounts on or about

March 4, 1998.

_____
HONORABLE JOSEPH H. RODRIGUEZ
Senior United States District Judge